# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Redner's Markets, Inc., et al.

                       Plaintiff,

v.                                         Case No.: 1:24−cv−11801
                                                      Honorable Jeffrey I Cummings

Lamb Weston Holdings, Inc., et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 13, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: The parties' agreed motion for extension of time to answer or otherwise plead [31] is granted. Defendants' deadline to answer or otherwise plead is stayed until further order of the Court. Plaintiffs' motions to re−assign [9] [11] are entered and continued to allow additional time for all defendants to be served and appear in this action and in the cases plaintiffs seek to re−assign as related. By 1/15/25, the parties shall file a joint status report on service. The parties shall also indicate whether all interested parties have met and conferred regarding plaintiffs' motions to re−assign and whether those motions are agreed or opposed. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.