**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| REDNER'S MARKETS, INC. <br><br> Plaintiff, <br><br> v. <br><br> LAMB WESTON HOLDINGS, INC.; LAMB WESTON, INC.; LAMB WESTON BSW, LLC; LAMB WESTON/MIDWEST, INC.; LAMB WESTON SALES, INC.; MCCAIN FOODS LIMITED; MCCAIN FOODS USA, INC.; J.R. SIMPLOT CO.; CAVENDISH FARMS LTD; CAVENDISH FARMS, INC., <br><br> Defendants. | Case No. 1:24-cv-11801 <br><br> Judge Jeffrey I. Cummings <br><br> Magistrate Judge Gabriel A. Fuentes |

**JOINT INITIAL STATUS REPORT**

**I.   Nature of the Case**

   a.   <u>Names and Contact Information of Lawyers</u>

- Plaintiff Redner's Markets, Inc. ("Redner's") is represented by lawyers at four law firms: (1) Heidi M. Silton, Jessica N. Servais, Joseph C. Bourne, and Kira Le of Lockridge Grindal Nauen PLLP; (2) Daniel E. Gustafson, Michelle J. Looby, Catherine K. Smith, and Emily B. Egart of Gustafson Gluek PLLC; (3) Kenneth A. Wexler and Justin N. Boley of Wexler Boley & Elgersma LLP; and (4) Joshua H. Grabar of Grabar Law Office. Lead trial attorneys for Plaintiff are Justin Boley (admitted to NDIL trial bar), Heidi Silton, Michelle Looby, Karin Garvey, Michael Roberts, and Robert J. Gralewski, Jr.[1]

- Lamb Weston Holdings, Inc., Lamb Weston, Inc., Lamb Weston BSW, LLC, Lamb Weston/Midwest, Inc., and Lamb Weston Sales, Inc. are represented by James F. Herbison (lead trial attorney), Michael P. Mayer, Kevin B. Goldstein, and Anthony J. Baker of Winston & Strawn LLP.

---

[1] Ms. Garvey, Mr. Roberts, and Mr. Gralewski are counsel for direct purchaser plaintiffs who have filed complaints that are nearly identical to Redner's. Each of these attorneys is part of the leadership structure proposed in the unopposed joint motion to appoint Interim Co-Lead Counsel and a Plaintiffs' Steering Committee for the Direct Purchaser Plaintiff Class, filed December 23, 2024. (ECF No. 48.)

- McCain Food Limited (which has not yet waived service) and McCain Foods USA, Inc. are represented by Justin Bernick (lead trial attorney), Katie Hellings, and Holden Steinhauer of Hogan Lovells US LLP.

- J.R. Simplot Co. is represented by Zachary Fardon (lead trial attorney), Jeffrey Spigel, and Christopher Yook of King & Spalding LLP.

- Cavendish Farms, Ltd. (which has not yet waived service) and Cavendish Farms, Inc. are represented by Sean Berkowitz (lead trial attorney), Gary Feinerman, Marguerite Sullivan, and Brendan McShane of Latham & Watkins LLP.

The contact information for all listed attorneys may be found on the signature block to this Joint Initial Status Report.

b. <u>Nature of the Claims</u>

This is a putative antitrust class action alleging antitrust violations in connection with frozen potato products, including french fries, hash browns, tater tots, and other frozen potato products. Redner's alleges that the Defendants (processors of frozen potato products) conspired to fix the prices of their frozen potato products above competitive levels. Redner's further alleges that, as a result of this alleged conspiracy, it and all other direct purchasers paid more than they would have paid in a competitive market and therefore were economically injured. There are no counterclaims and/or third-party claims at the present time, though Defendants reserve the right to bring such claims.

As of this filing, 22 putative class action complaints are now pending in this District against substantially the same Defendants, all based on similar factual allegations. *See* Exhibit A (Appendix of Related Actions).

Defendants deny Redner's and other plaintiffs' allegations that Defendants have engaged in unlawful behavior. Among other things, each Defendant unilaterally and independently sets its own pricing. Defendants do not believe the complaints contain any plausible claims for relief, let alone claims on behalf of nationwide (or statewide) classes of purchasers of frozen potato products.

2

    c.    <u>The Major Legal and Factual Issues</u>

The major legal issues in this case will be whether Plaintiff has properly stated a claim, whether the case should be certified as a class action, and whether exchanges of allegedly non-public, competitively sensitive information violate antitrust laws. The major factual issue in this case is whether the Defendants did in fact conspire and illegally exchange non-public, competitively sensitive information concerning the prices for frozen potato products. Other factual questions will concern the participants in the alleged conspiracy, the nature and scope of the alleged anticompetitive practices, and the alleged impact and the damages, if any, that resulted from such alleged conduct.

    d.    <u>The Relief Sought</u>

Redner's complaint seeks to recover monetary damages for itself and putative class members as compensation for the overcharges they allege paying for frozen potato products purchased from Defendants. This amount, if any, is to be proven at trial through expert testimony and analysis. If Redner's (and, if a class is certified, the class) is successful at trial, this amount may be trebled. Redner's also seeks an injunction that will prohibit the alleged anticompetitive conduct in the future.

Defendants seek dismissal with prejudice of all plaintiffs' claims, and reserve the right to seek fees and costs.

**II.**    **Jurisdiction**

    a.    <u>Federal Statutes</u>

Federal Question Jurisdiction is based on Plaintiff's claim that Defendants have violated the Sherman Act, 15 U.S.C. §§ 1 and 3. Accordingly, Plaintiffs allege that the Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1332(d), 1337, and Sections 4 and 16 of the Clayton

Act (15 U.S.C. §§ 15(a) and 26). The Court has jurisdiction over Plaintiff's claim for injunctive relief pursuant to Section 16 of the Clayton Act, 15 U.S.C. § 26.

      b.      <u>Diversity or Supplemental Jurisdiction</u>

No claims are based on diversity or supplemental jurisdiction.

## III. Status of Service

All Defendants have been served in the Redner's action, with the exception of the Canadian-based Defendants (Cavendish Farms, Ltd. and McCain Foods Limited). The parties are currently negotiating a stipulation concerning various pre-trial matters, and one subject of those negotiations is Defendants' waiver of service of process for a future consolidated complaint. Plaintiff has commenced service upon the Canadian-based Defendants.

## IV. Motions

      a.      <u>Pending Motions</u>

There is a pending motion to consolidate the three other direct purchaser putative class actions with the Redner's action, filed November 22, 2024. (ECF No. 9). In addition, several plaintiffs in related frozen potato products actions have filed motions for reassignment and consolidation. (ECF Nos. 11, 43, 49 and 50). All parties agree that all of these actions should be reassigned to this Court and consolidated across three separate complaints (a Direct Purchaser ("DPP") complaint, a Consumer Indirect Purchaser ("Consumer") complaint, and a Commercial and Institutional Indirect Purchaser ("Commercials") complaint) before this Court, and the parties have filed an agreed motion with this Court on this issue. (ECF No. 57.) In addition, there is an unopposed joint motion to appoint Interim Co-Lead Counsel and a Plaintiffs' Steering Committee for the putative DPP Class, filed December 23, 2024, as referenced above. (ECF No. 48).

     b.     <u>Defendants' Response to the Complaint</u>

Defendants anticipate filing motions to dismiss all claims in each of the three anticipated consolidated complaints.

**V.    Case Plan**

     a.     <u>Discovery</u>

Given the preliminary nature of these proceedings and various procedural matters that are pending, including reassignment and consolidation, the parties have thus far agreed to (1) filing the consolidated complaints 45 days following appointment of lead counsel and (2) a briefing schedule on motions to dismiss (60-60-30 days).

The parties will meet and confer within 45 days after the filing of consolidated complaints to discuss further terms of discovery.

     b.     <u>Trial</u>

Plaintiffs have requested a jury trial.

**VI.    Consent and Settlement Discussions**

     a.     <u>Magistrate Judge</u>

The parties do not unanimously consent to proceed before a Magistrate Judge.

     b.     <u>Settlement</u>

There have been no settlement discussions to date, and, due to the preliminary nature of the proceedings, the parties do not request a settlement conference at this time.

Dated: January 21, 2025                                  Respectfully submitted,

/s/ *Justin N. Boley*                                    Daniel E. Gustafson
Kenneth A. Wexler                                        Michelle J. Looby
Justin N. Boley                                          Catherine K. Smith
Melinda J. Morales                                       Emily B. Egart
Andrew J. Grant                                          GUSTAFSON GLUEK PLLC
WEXLER BOLEY & ELGERSMA LLP                              Canadian Pacific Plaza
311 S. Wacker Dr., Suite 5450                            120 South Sixth Street, Suite 2600
Chicago, IL 60606                                        Minneapolis, MN 55402
(312) 346-2222                                           (612) 333-8844
kaw@wbe-llp.com                                          dgustafson@gustafsongluek.com
jnb@wbe-llp.com                                          mlooby@gustafsongluek.com
mjm@wbe-llp.com                                          csmith@gustafsongluek.com
ajg@wbe-llp.com                                          eegart@gustafsongluek.com

*Proposed Plaintiffs' Steering Committee for Direct Purchaser Plaintiffs*

Heidi M. Silton (MN #025759X)                            Michael L. Roberts
Jessica N. Servais (MN #0326744)                         Karen Halbert
Joseph C. Bourne (MN #0389922)                           Erich P. Schork
Kira Q. Le (MN #0505681)                                 Sarah DeLoach
LOCKRIDGE GRINDAL NAUEN PLLP                             Christopher Sanchez
100 Washington Avenue South, Suite 2200                  Joshua Zuckerman
Minneapolis, MN 55401                                    ROBERTS LAW FIRM US, PC
(612) 339-6900                                           1920 McKinney Ave, Suite 700
hmsilton@locklaw.com                                     Dallas, TX 75201
jnservais@locklaw.com                                    (501) 821-5575
jcbourne@locklaw.com                                     mikeroberts@robertslawfirm.us
kqle@locklaw.com                                         karenhalbert@robertslawfirm.us
                                                         erichschork@robertslawfirm.us
                                                         sarahdeloach@robertslawfirm.us
                                                         chrissanchez@robertslawfirm.us
                                                         joshzuckerman@robertslawfirm.us


Karin E. Garvey                                          Robert J. Gralewski, Jr.
Robin A. van der Meulen (pro hac vice)                   KIRBY McINERNEY LLP
SCOTT+SCOTT ATTORNEYS AT LAW LLP                         1420 Kettner Boulevard, Suite 100
The Helmsley Building                                    San Diego, CA 92101
230 Park Avenue, 24th Floor                              (858) 834-2044
New York, NY 10169                                       bgralewski@kmllp.com
(212) 223-6444
kgarvey@scott-scott.com                                  *Proposed Interim Co-Lead Counsel for Direct*
rvandermeulen@scott-scott.com                            *Purchaser Plaintiffs*

/s/ *James F. Herbison*
James F. Herbison
Michael P. Mayer
Kevin B. Goldstein
Anthony J. Baker
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
 (312) 558-5600
jherbison@winston.com
mmayer@winston.com
kbgoldstein@winston.com
ajbaker@winston.com

***Attorneys for Defendants Lamb Weston Holdings, Inc., Lamb Weston, Inc., Lamb Weston BSW, LLC, Lamb Weston/Midwest, Inc., and Lamb Weston Sales, Inc***.

/s/ *Gary Feinerman*
Sean Berkowitz
Gary Feinerman
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
 (312) 876-7700
sean.berkowitz@lw.com
gary.feinerman@lw.com

Marguerite Sullivan
LATHAM & WATKINS LLP
555 11th Street NW #1000
Washington, DC 20004
 (202) 637-2200
marguerite.sullivan@lw.com

Brendan McShane
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
 (415) 391-0600
brendan.mcshane@lw.com

***Attorneys for Defendant Cavendish Farms, Inc.***

/s/ *Zachary Fardon*
Zachary Fardon
KING & SPALDING LLP
110 N Wacker Drive, Suite 3800
Chicago, IL 60606
 (312) 995-6333
zfardon@kslaw.com

Jeffrey Spigel
Christopher Yook
1700 Pennsylvania Ave., NW, Suite 900
Washington, DC 20006
 (202) 737-0500
jspigel@kslaw.com
cyook@kslaw.com

***Attorneys for Defendant J.R. Simplot Co.***

/s/ *Justin Bernick*
Justin Bernick
Kathryn Hellings
Holden Steinhauer
HOGAN LOVELLS US LLP
555 13th St NW
Washington, DC 20004
 (202) 637-5600
justin.bernick@hoganlovells.com
kathryn.hellings@hoganlovells.com
holden.steinhauer@hoganlovells.com

***Attorneys for Defendant McCain Foods USA Inc.***

7