UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REDNER'S MARKETS, INC. <br><br> Plaintiff, <br><br> v. <br><br> LAMB WESTON HOLDINGS, INC.; LAMB WESTON, INC.; LAMB WESTON BSW, LLC; LAMB WESTON/MIDWEST, INC.; LAMB WESTON SALES, INC.; MCCAIN FOODS LIMITED; MCCAIN FOODS USA, INC.; J.R. SIMPLOT CO.; CAVENDISH FARMS LTD; CAVENDISH FARMS, INC., <br><br> Defendants.[1] | No. 1:24-cv-11801 <br><br> Judge Jeffrey I. Cummings <br><br> Magistrate Judge Gabriel A. Fuentes |

ORDER GRANTING AGREED MOTION REGARDING
1) REASSIGNMENT OF RELATED ACTIONS, 2) CONSOLIDATION OF RELATED
ACTIONS, 3) CONSOLIDATED COMPLAINT DEADLINES, 4) WAIVERS OF
SERVICE, AND 5) RULE 26(F) CONFERENCE

Direct Purchaser Plaintiffs ("DPPs"),[2] Commercial and Institutional Indirect Purchaser Plaintiffs ("Commercials"),[3] and Consumer Indirect Purchaser Plaintiffs ("Consumers")[4]

---

[1] Circana LLC is not a named defendant in the *Redner's Market* action, but it is joining in the Agreed Motion as it pertains to any of the underlying actions for which Circana has been named.

[2] DPPs are: C.A. Curtze Company; King Kullen Grocery Co., Inc.; Northern Frozen Foods, Inc. d/b/a Northern Haserot; and Redner's Markets, Inc.

[3] Commercials are: Alamo's Roast Beef, Inc.; Ark Restaurants Corp.; BW-SS, Inc.; Chestnut Lane, LLC d/b/a Chestnut Fine Foods; Corbo's Deli Southside LLC; Corbo's Corner Deli West, LLC; El Jarocho Mexican Restaurant; Filonek's Inc. d/b/a Filonek's Bar and Grill; Gigi's Pizza, Inc.; Gladys' Restaurant d/b/a Gladys'; IROC IT ALL CORP.; Lit'l Pepper Gourmet, Inc.; Marflayaa Inc. and Marplayaa Inc. d/b/a Windy City Weiners; Post Road Market Inc.; PuertoCuba, LLC; Tourists Welcome, LLC; Yoland Shegian d/b/a LA Shawarma; All Sports Hospitality LLC d/b/a The Derby Room Pomona; California Horse Racing & Sports LLC d/b/a The Derby Room Norco; California Sports & Hospitality LLC d/b/a The Derby Room Perris; and ZennZenn LLC d/b/a The Derby Room San Bernadino.

[4] Consumers are: Joann Champagne; Teresa Contreras; Mallory Flannery; Alexander Govea; Todd

(collectively, "Plaintiffs") and Defendants Lamb Weston Holdings, Inc., Lamb Weston, Inc., Lamb Weston BSW, LLC, Lamb Weston/Midwest, Inc., Lamb Weston Sales, Inc., McCain Foods USA, Inc., J.R. Simplot Co., Cavendish Farms, Inc., Circana LLC (together, "Served Defendants") (Plaintiffs and Served Defendants together, "the Parties") moved the Court for an order regarding: 1) reassignment of cases; 2) consolidation of cases; 3) deadlines regarding consolidated complaints; 4) waivers of service; and 5) Rule 26(f) conference ("Motion"). The Court has reviewed the Motion and its accompanying submissions.

**BASED UPON THE FOREGOING AND ALL ASSOCIATED FILES AND RECORDS, IT IS HEREBY ORDERED:**

**Reassignment**

1. The Related Actions, as set forth in Exhibit A (Appendix of Related Actions) shall be reassigned to this Court pursuant to Local Rule 40.4.

**Consolidation**

2. The Related Actions shall be consolidated as follows:

   a. Pursuant to Federal Rule of Civil Procedure 42(a), the following Direct Purchaser Plaintiff Actions will be consolidated for pretrial purposes:

   *C.A. Curtze Company v. Lamb Weston Holdings, Inc., et al.*, No. 1:24-cv-12525;

   *King Kullen Grocery Co., Inc. v. Lamb Weston Holdings, Inc., et al.*, No. 1:24-cv-12076;

   *Northern Frozen Foods, Inc. d/b/a Northern Haserot v. Lamb Weston Holdings, Inc., et al.*, No. 1:24-cv-12477; and

---

Jones; Aaron Lancaster; Fernando Marcelo Lopez; Logan McGath; Rosemarie Muro; Laura Ann Owens; MyKayla Page; Katie Pattermann; Silviya Settecasi; Thomas Valenzuela; and Dolores Cardoso.

*Redner's Markets, Inc. v. Lamb Weston Holdings, Inc., et al.*, No. 1:24-cv-11801.

b. Pursuant to Federal Rule of Civil Procedure 42(a), the following Commercial and Institutional Indirect Purchaser Plaintiff Actions will be consolidated for pretrial purposes:

*Alamo's Roast Beef, Inc. v. Lamb Weston Holdings, Inc., et al.*, No. 1:24-cv-12744;

*BW-SS, Inc. v. Lamb Weston Holdings, Inc., et al.*, No. 1:24-cv-12241;

*Filonek's, Inc. d/b/a Filonek's Bar and Grill v. Cavendish Farms Ltd., et al.*, No. 1:24-cv-12240;

*Gladys' Restaurant d/b/a Gladys', et al. v. Cavendish Farms Ltd., et al.*, No. 1:24-cv-12089;

*IROC IT ALL CORP. v. J.R. Simplot Co., et al.*, No. 1:24-cv-13188;

*Jack Tate d/b/a The Tin Pig, LLC v. Lamb Weston Holdings, Inc., et al.*, No. 1:24-cv-13032;

*Lit'l Pepper Gourmet, Inc. v. Cavendish Farms Ltd., et al.*, No. 1:24-cv-12350;

*Marflayaa Inc. and Marplayaa Inc. d/b/a Windy City Weiners v. Lamb Weston Holdings, Inc. et al.*, No. 1:25-cv-00474;

*Post Road Market Inc., et al. v. Lamb Weston Holdings, Inc., et al.*, No. 1:24-cv-12749;

*PuertoCuba LLC v. Cavendish Farms, Ltd., et al.*, No. 1:24-cv-13048;

*Shegian d/b/a LA Shawarma v. Lamb Weston Holdings, Inc., et al.*, No. 1:24-cv-12795; and

*All Sports Hospitality LLC d/b/a. The Derby Room v. Lamb Weston Holdings, Inc., et. al.*, No. 1:25-cv-00051.

c. Pursuant to Federal Rule of Civil Procedure 42(a), the following Consumer Indirect Purchaser Plaintiff Actions will be consolidated for pretrial purposes:

*Govea v. National Potato Promotion Board d/b/a Potatoes USA, et al.*, No. 1:24-cv-11816;

3

*McGath, et al. v. Cavendish Farms Ltd., et al.*, No. 1:24-cv-12752;

*Muro, et al. v. McCain Foods USA, Inc., et al.*, No. 1:24-cv-11963;

*Pattermann, et al. v. National Potato Promotion Board d/b/a Potatoes USA, et al.*, No. 1:24-cv-12031; and

*Settecasi v. National Potato Promotion Board d/b/a Potatoes USA, et al.*, No. 1:24-cv-11872; and

*Cardoso v. Cavendish Farms, Inc., et. al*, No. 1:25-cv-00304.

3. *Redner's Markets, Inc. v. Lamb Weston Holdings Inc., et al.*, No. 1:24-cv-11801 shall be designated the "Lead Case File." A docket sheet shall be maintained for that file which shall include all filings subsequently consolidated with the Lead Case File.

4. The action shall be renamed *In re Frozen Potato Products Antitrust Litigation*.

5. Every pleading shall be filed in the Lead Case File and bear the following caption:

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE FROZEN POTATO PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To: | No. 1:24-cv-11801<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Gabriel A. Fuentes |

6. When a filing is intended to be applicable to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "This Document Relates to:" in the caption above. When a filing is intended to be applicable only to some, but not all such actions, the group name (*e.g.*, Direct Purchaser Plaintiff Actions, Commercial and Institutional Indirect Purchaser Plaintiff Actions, or Consumer Indirect Purchaser Plaintiff Actions)

4

or unique docket number or case name for each action to which the filing is intended to be applicable shall appear there.

7. Any additional cases that may be filed in the Northern District of Illinois and arise out of conduct similar to that which is alleged in the above-titled actions shall be assigned or reassigned to this Court and consolidated with the appropriate group of actions. The Clerk shall make an appropriate entry on the docket sheet of the Lead Case File and provide a copy of this Order to the attorneys for the plaintiffs and any new defendants. Any subsequent related actions later removed to or transferred to this Court (including cases transferred for pretrial purposes under 28 U.S.C. § 1407) shall be consolidated with *In re Frozen Potato Products Antitrust Litigation* in the Lead Case File. This Order will apply automatically to later consolidated actions.

8. This does not constitute a determination that these actions should be consolidated for trial. However, any party retains the right to move for consolidation of any or all of the Related Actions for all purposes, including trial.

9. Any lawyer who has been admitted *pro hac vice* in any of the above actions need not seek *pro hac vice* admission in any other action; a single *pro hac vice* admission in these proceedings is sufficient. Any lawyer who has filed a notice of appearance in any of the above actions need not notice an appearance in any other action; a single notice of appearance in these proceedings is sufficient. It is incumbent upon the lawyer to ensure his or her appearance is listed in the Lead Case File for ECF purposes.

10. Any Served Defendant that has not yet filed at least one attorney notice of appearance in these proceedings shall do so no later than February 24, 2025.

11. Defendants are not obligated to answer or otherwise respond to any of the individual Complaints in any of the proposed Direct Purchaser, Commercial and Institutional Indirect Purchaser, or Consumer Indirect Purchaser Plaintiff Actions.

12. This shall not have the effect of making any person, firm, or corporation a party to any action in which they have not been added as such in accordance with the Federal Rules of Civil Procedure.

### Consolidated Complaints and Waiver of Service

13. The Parties have agreed to the following schedule:

- Motions for appointment of interim lead counsel pursuant to Federal Rule of Civil Procedure 23(g) for the Commercial and/or Consumer sets of plaintiffs shall be filed **no later than ten days** after the entry of this Order.

- **45 days** after the Court's order(s) appointing interim lead counsel for each of the three sets of plaintiffs, Plaintiffs shall file their Consolidated Complaints.

- The Served Defendants and Defendants Cavendish Farms, Ltd. and McCain Foods Limited shall waive service of process for each of the Consolidated Complaints and Summonses by sending Plaintiffs executed waiver forms **within 1 week** following filing of the Consolidated Complaints.

- **60 days** after filing the Consolidated Complaints, Defendants shall answer, move, or otherwise respond to the Consolidated Complaints.

- **60 days** after the deadline for Defendants to answer, move, or otherwise respond to the Consolidated Complaints, Plaintiffs shall file their opposition(s) to any motion(s) to dismiss filed by Defendants.

6

- **30 days** after the deadline for Plaintiffs to file any opposition(s) to any motion(s) to dismiss, Defendants may file reply brief(s) in response to Plaintiffs' opposition(s) to Defendants' motion(s) to dismiss.

14. By waiving service of process under the Hague Convention, Cavendish Farms, Ltd. and McCain Foods Limited do not waive any other right or protection afforded to them under the terms of the Hague Convention or any objections to jurisdiction or venue.

**Rule 26(f) Conference and Initial Disclosures**

15. A conference pursuant to Federal Rule of Civil Procedure 26(f) shall be held within 45 days after filing of the Consolidated Complaints.

16. The time for serving initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) will be extended and discussed at the Rule 26(f) conference.

17. Any Party that wishes to seek a discovery stay, including a stay of Rule 26(a)(1) disclosures, may move the Court for an order following the Rule 26(f) conference.

**IT IS SO ORDERED.**

Dated: February 13, 2025

_____
HONORABLE JEFFREY I. CUMMINGS
UNITED STATES DISTRICT JUDGE

# APPENDIX A

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

## DIRECT PURCHASER CASES

|  | **Filed Date** | **Case Information** | **Civil Action No.** |
|---|---|---|---|
| 1. | 11/15/24 | **Plaintiff:**<br>Redner's Markets, Inc.<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc. | 1:24-cv-11801 |
| 2. | 11/22/24 | **Plaintiffs:**<br>King Kullen Grocery Co., Inc.<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc. | 1:24-cv-12076 |

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

|  | Filed Date | Case Information | Civil Action No. |
|---|---|---|---|
| 3. | 12/04/24 | **Plaintiffs:**<br>Northern Frozen Foods, Inc.<br>  d/b/a Northern Haserot<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc.<br>Circana, LLC | 1:24-cv-12477 |
| 4. | 12/05/24 | **Plaintiffs:**<br>C.A. Curtze Company<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc. | 1:24-cv-12525 |

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

## COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER CASES

|  | Filed Date | Case Information | Civil Action No. |
|---|---|---|---|
| 1. | 11/22/24 | **Plaintiffs:**<br>Gladys' Restaurant d/b/a Gladys' El Jarocho Mexican Restaurant<br><br>**Defendants:**<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc.<br>J.R. Simplot Co.<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>National Potato Promotion Board d/b/a Potatoes USA<br>Circana, LLC | 1:24-cv-12089 |
| 2. | 11/26/24 | **Plaintiffs:**<br>BW-SS, Inc.<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc.<br>National Potato Promotion Board d/b/a Potatoes USA<br>Circana, LLC | 1:24-cv-12241 |

# EXHIBIT A
# APPENDIX OF RELATED CASES

|  | **Filed Date** | **Case Information** | **Civil Action No.** |
|---|---|---|---|
| 3. | 11/26/24 Amended 12/13/24 | **Plaintiffs:**<br>Filonek's, Inc. d/b/a Filonek's Bar and Grill<br><br>**Defendants:**<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc.<br>Circana, LLC<br>J.R. Simplot Company<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston Sales, Inc.<br>McCain Foods Ltd.<br>McCain Foods USA, Inc. | 1:24-cv-12240 |
| 4. | 12/02/24 | **Plaintiffs:**<br>Lit'l Pepper Gourmet, Inc.<br><br>**Defendants:**<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc.<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/ Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Company | 1:24-cv-12350 |

4

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

|  | **Filed Date** | **Case Information** | **Civil Action No.** |
|---|---|---|---|
| 5. | 12/11/24 | **Plaintiffs:**<br>Alamo's Roast Beef, Inc.<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc. | 1:24-cv-12744 |
| 6. | 12/11/24 | **Plaintiffs:**<br>Post Road Market Inc.<br>Gigi's Pizza, Inc.<br>Tourists Welcome, LLC<br>Chestnut Lane, LLC d/b/a Chestnut Fine Foods<br>Corbo's Deli Southside LLC<br>Corbo's Corner Deli West, LLC<br>Ark Restaurants Corp.<br><br>**Defendants**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc. | 1:24-cv-12749 |

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

|  | **Filed Date** | **Case Information** | **Civil Action No.** |
|---|---|---|---|
| 7. | 12/12/24 | **Plaintiff:**<br>Yoland Shegian d/b/a LA Shawarma<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc<br>National Potato Promotion Board<br> d/b/a Potatoes USA<br>Circana, LLC | 1:24-cv-12795 |
| 8. | 12/18/24 | **Plaintiff:**<br>Jack Tate d/b/a The Tin Pig, LLC<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc. | 1:24-cv-13032 |

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

|  | **Filed Date** | **Case Information** | **Civil Action No.** |
|---|---|---|---|
| 9. | 12/19/24 | **Plaintiff:**<br>PuertoCuba LLC<br><br>**Defendants:**<br>Cavendish Farms, Ltd.<br>Cavendish Farms; Inc.<br>J.R. Simplot Co.<br>Lamb Weston Holdings<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Ltd.<br>McCain Foods USA, Inc.<br>National Potato Promotion Board<br> d/b/a Potatoes USA<br>Circana, LLC | 1:24-cv-13048 |
| 10. | 12/23/24 | **Plaintiff:**<br>IROC IT ALL CORP.<br><br>**Defendants**<br>J.R. Simplot Co.<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc. | 1:24-cv-13188 |

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

|  | Filed Date | Case Information | Civil Action No. |
|---|---|---|---|
| 11. | 01/03/25 | **Plaintiffs:**<br>All Sports Hospitality LLC<br>  d/b/a The Derby Room Pomona<br>California Horse Racing & Sports LLC<br>  d/b/a The Derby Room Norco<br>California Sports & Hospitality LLC<br>  d/b/a The Derby Room Perris<br>ZennZenn LLC<br>  d/b/a The Derby Room San Bernardino<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc. | 1:25-cv-00051 |
| 12. | 01/15/25 | **Plaintiffs:**<br>Marflayaa Inc.<br>Marplayaa Inc. d/b/a Windy City Weiners<br><br>**Defendants:**<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc." | 1:25-cv-00474 |

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

**CONSUMER INDIRECT PURCHASER CASES**

|  | **Filed Date** | **Case Information** | **Civil Action No.** |
|---|---|---|---|
| 1. | 11/17/24 | **Plaintiffs:**<br>Alexander Govea<br><br>**Defendants:**<br>National Potato Promotion Board<br>  d/b/a Potatoes USA<br>Circana, LLC<br>Lamb Weston Holdings, Inc.<br>Lamb Weston Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc. | 1:24-cv-11816 |
| 2. | 11/18/24 | **Plaintiff:**<br>Silviya Settecasi<br><br>**Defendants:**<br>National Potato Promotion Board<br>  d/b/a Potatoes USA<br>Circana, LLC<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc. | 1:24-cv-11872 |

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

|   | **Filed Date** | **Case Information** | **Civil Action No.** |
|---|---|---|---|
| 3. | 11/20/24 | **Plaintiffs:**<br>Rosemarie Muro<br>Teresa Contreras<br>Aaron Lancaster<br><br>**Defendants:**<br>McCain Foods USA, Inc.<br>McCain Foods Limited<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>J.R. Simplot Co.<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc.<br>National Potato Promotion Board<br>  d/b/a Potatoes USA<br>Circana, LLC | 1:24-cv-11963 |

# EXHIBIT A
# APPENDIX OF RELATED CASES

|  | Filed Date | Case Information | Civil Action No. |
|---|---|---|---|
| 4. | 11/21/24 | **Plaintiffs:**<br>Katie Patterman<br>MyKayla Page<br>Fernando Marcelo Lopez<br>Joann Champagne<br>Mallory Flannery<br>Laura Ann Owens<br>Todd Jones<br><br>**Defendants:**<br>National Potato Promotion Board<br>  d/b/a Potatoes USA<br>Circana, LLC<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston/Midwest, Inc.<br>Lamb Weston Sales, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc.<br>J.R. Simplot Co.<br>J.D. Irving, Limited (JDI)<br>  d/b/a Cavendish Farms<br>Cavendish Farms, Inc. | 1:24-cv-12031 |
| 5. | 12/11/24 | **Plaintiffs:**<br>Logan McGath<br>Thomas Valenzuela<br><br>**Defendants:**<br>Cavendish Farms Ltd.<br>Cavendish Farms, Inc.<br>J.R. Simplot Co.<br>Lamb Weston BSW, LLC<br>Lamb Weston Holdings, Inc.<br>Lamb Weston Sales, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston/Midwest, Inc.<br>McCain Foods Limited<br>McCain Foods USA, Inc. | 1:24-cv-12752 |

**EXHIBIT A**
**APPENDIX OF RELATED CASES**

|  | **Filed Date** | **Case Information** | **Civil Action No.** |
|---|---|---|---|
| 6. | 01/10/25 | **Plaintiff:**<br>Dolores Cardoso<br><br>**Defendants:**<br>Cavendish Farms Ltd<br>Cavendish Farms, Inc.<br>J.R. Simplot Company<br>Lamb Weston Holdings, Inc.<br>Lamb Weston, Inc.<br>Lamb Weston BSW, LLC<br>Lamb Weston Sales, Inc.<br>Lamb Weston/Midwest, Inc.<br>McCain Foods Ltd.<br>McCain Foods USA, Inc.<br>National Potato Promotion Board<br>  d/b/a Potatoes USA<br>Circana, LLC | 1:25-cv-00304 |