**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE FROZEN POTATO PRODUCTS ANTITRUST LITIGATION | No. 1:24-cv-11801<br>Hon. Jeffrey I. Cummings |
| Burgers Are Fun LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>McCain Foods USA, Inc., *et al.*,<br><br>                  Defendants. | Case No. 1:25-cv-01738<br>Hon. Georgia N. Alexakis |

**DECLARATION OF STACEY P. SLAUGHTER IN SUPPORT OF UNOPPOSED**
**LOCAL RULE 40.4 MOTION TO REASSIGN CASE AS RELATED**

I, Stacey P. Slaughter, declare:

1. I am a Partner with the firm Robins Kaplan LLP, counsel of record for Plaintiff in *Burgers Are Fun LLC v. McCain Foods USA, Inc., et al.,* No. 1:25-cv-01738 (N.D. Ill.) ("*Burgers Are Fun*").

2. I am admitted *pro hac vice* in *Burgers Are Fun*.

3. I submit this declaration in support of the accompanying Unopposed Local Rule 40.4 Motion to Reassign Case as Related.

4. I have personal knowledge of the facts in this declaration and could competently testify to them if called as a witness.

5. A true and correct copy of the Class Action Complaint in *Burgers Are Fun* is attached as Exhibit 1.

6. A true and correct copy of the Class Action Complaint in *Redner's Markets Inc. v. Lamb Weston Holdings, Inc.*, No. 1:24-cv-11801 (N.D. Ill.) ("*Redner's*") is attached as Exhibit 2.

7. No Defendants have appeared in *Burgers Are Fun*.

8. Consistent with the Court's Motion Procedures, defense counsel of record in *Redner's* do not oppose this motion.

9. My colleague, Caitlin E. Keiper, conferred with Defendants' counsel via email on February 25, 26, and 27. The motion is unopposed.

Dated: February 27, 2025					Respectfully submitted,

							/s/ Stacey P. Slaughter
							Stacey P. Slaughter