**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE FROZEN POTATO PRODUCTS ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Schilliano, LLC d/b/a ILLIANO'S RISTORANTE & PIZZERIA v. Cavendish Farms Ltd. et al.,* Case No. 1:25-cv-01796 | Case No. 1:24-cv-11801<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Gabriel A. Fuentes |

## MOTION TO REASSIGN RELATED CASE PURSUANT TO LOCAL RULE 40.4

Pursuant to Local Rule 40.4 of the United States District Court for the Northern District of Illinois, Plaintiff Schilliano, LLC d/b/a ILLIANO'S RISTORANTE & PIZZERIA. ("Plaintiff Schilliano") respectfully move this Court to enter an order designating *Schilliano, LLC d/b/a ILLIANO'S RISTORANTE & PIZZERIA v. Cavendish Farms Ltd. et al.,* Case No. 1:25-cv-01796 ("*Schilliano*") as related to this consolidated litigation. In support of this motion, Plaintiffs state as follows:

1. On November 15, 2024, Redner's Markets filed a complaint against Lamb Weston Holdings, Inc.; Lamb Weston, Inc.; Lamb Weston BSW, LLC; Lamb Weston/Midwest, Inc.; Lamb Weston Sales, Inc.; McCain Foods Limited; McCain Foods USA, Inc.; J.R. Simplot Co.; Cavendish Farms Ltd; Cavendish Farms, Inc. in the Northern District of Illinois alleging a price-fixing conspiracy amongst the Defendants. *See Redner's Markets Inc. v. Lamb Weston Holdings, Inc.*, No. 1:24-cv-11801 (N.D. Ill) ("*Redner's*") ECF No. 1. The *Redner's* action was assigned to this Honorable Court.

2. On February 13, 2025, this Court issued an Order that consolidated all then-pending related actions, designated *Redner's* as the "Lead Case File," and captioned the

consolidated actions as "*In re Frozen Potato Products Antitrust Litigation*." *Redner's* ECF No. 60. That Order also directs that "[a]ny additional cases that may be filed in the Northern District of Illinois and arise out of conduct similar to that which is alleged in the [consolidated] actions be assigned or re-assigned to this Court and consolidated with the appropriate group of actions." *See id*. ¶ 7.[1]

      3.      On February 20, 2025, Plaintiff Schilliano, a Commercial Indirect Purchaser of Frozen Potato Products, filed a related case arising out of the same conduct alleged in the consolidated actions against Cavendish Farms, Ltd. and Cavendish Farms, Inc., Circana, LLC, J.R. Simplot Company, Lamb Weston Holdings, Inc., Lamb Weston, Inc.; Lamb Weston BSW, LLC; Lamb Weston/Midwest, Inc.; Lamb Weston Sales, Inc., and McCain Foods, Ltd. and McCain Foods USA, Inc. (the same Defendants named in *Redner's* and other consolidated actions). A copy of the *Schilliano* complaint is attached hereto as Exhibit A.

      4.      Pursuant to Local Rule 40.4(a) and this Court's February 13, 2025 Order, as adopted by the Executive Committee, the *Schilliano* action, currently assigned to Judge Sharon Johnson Coleman, should be reassigned to this Court and consolidated with other pending Commercial Indirect Purchaser Actions. Like the other consolidated actions, the *Schilliano* complaint alleges that Defendants engaged in anticompetitive behavior that caused price increases in the Frozen Potato Products market. Reassigning and consolidating the Schilliano action with other currently consolidated Commercial Indirect Purchaser actions will result in a substantial saving of judicial time and effort and will not cause delay in the proceedings at this early stage of the litigation.

---

[1] On February 26, 2025, the Northern District of Illinois Executive Committee formally adopted this Court's February 13, 2025 Order. *See, e.g., Filonek's Inc. v. Cavendish Farms Ltd. et al.*, No. 1:24-cv-12240 (ECF No. 40).

WHEREFORE, Plaintiff Schilliano hereby moves for an Order granting this motion and reassigning *Schilliano, LLC d/b/a ILLIANO'S RISTORANTE & PIZZERIA v. Cavendish Farms Ltd. et al.,* Case No. 1:25-cv-01796 to *In re Frozen Potato Products Antitrust Litigation,* No. 1:24-cv-11801.

DATED: March 18, 2025

Respectfully submitted,

By: /s/ *Stuart G. Gross*

Stuart G. Gross (*Pro Hac Vice*)
**GROSS KLEIN PC**
The Embarcadero
Pier 9, Suite 100
San Francisco, CA 94111
Tel: (415) 671-4628
sgross@grosskleinlaw.com

Andrew M. Stroth
**ACTION INJURY LAW GROUP, LLC**
One South Dearborn, Suite 1400
Chicago, Illinois 60603
Tel: (844) 878-4529
astroth@actioninjurylawgroup.com

*Attorneys for Plaintiff and the Proposed Classes*