**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Redner's Markets, Inc., et al.

                    Plaintiff,

v.                                           Case No.: 1:24−cv−11801
                                                   Honorable Jeffrey I Cummings

Lamb Weston Holdings, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 21, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff's unopposed motion to reassign case as related [115] is granted. The Court requests that the Executive Committee re−assign Case No. 25−cv−799, Foods Galore, Inc. v. Lamb Weston Holdings, Inc., et al., to this Court as related to Case No. 24−cv−11801, In Re Frozen Potato Products Antitrust Litigation. Upon reassignment, the Clerk shall administratively close Case No. 25−cv−799. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.