**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| LUCKY'S FAMOUS 23 LLC; LUCKY'S FAMOUS LLC; J&D OPERATORS LLC; and BAYLANDER CAFÉ LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAMB WESTON HOLDINGS, INC.; LAMB WESTON, INC.; LAMB WESTON BSW, LLC; LAMB WESTON/MIDWEST, INC.; LAMB WESTON SALES, INC.; MCCAIN FOODS LIMITED; MCCAIN FOODS USA, INC.; J.R. SIMPLOT CO.; CAVENDISH FARMS LTD; and CAVENDISH FARMS, INC.,<br><br>Defendants. | Case No. 1:25-cv-1765<br><br>Judge: Hon. Sara Ellis |

**PLAINTIFFS' UNOPPOSED MOTION TO REASSIGN CASE AS RELATED**

Plaintiffs Lucky's Famous 23 LLC; Lucky's Famous LLC; J&D Operators LLC; and Baylander Café LLC (collectively "Plaintiffs") hereby respectfully move to reassign this case to the docket of the Honorable Jeffrey Cummings as part of the *Redner's Markets* Docket, Case No. 1:24-cv-11801, under L.R. 40.4. In support of their motion, Plaintiffs state as follows:

1. Redner's Markets, Inc. ("Redner's Markets") filed its Complaint (ECF No. 1)[1] on November 15, 2024, alleging, on behalf of itself and a proposed nationwide class of direct purchasers, violations of Sections 1 and 3 of the Sherman Act (15 U.S.C. §§ 1, 3) by certain Defendants related to the prices of frozen potato products.

---

[1] Unless otherwise noted, all ECF references are to the *Redner's Markets* Docket.

1

2. Plaintiffs filed their complaint on February 20, 2025 (ECF No. 1 for the *Lucky's Famous 23 LLC* Docket). The complaint is attached as Exhibit A. As with the other Actions already consolidated into the *Redner's Markets* Docket, the present action is a class action alleging a pattern of anticompetitive conduct which led to the increase of the price of frozen potatoes during the Class Period. Plaintiffs' complaint is highly similar to other complaints already consolidated in the *Redner's Markets* Docket.

3. This motion meets the requirements under L.R. 40.4(b) for reassignment as related because (1) this case, like the other cases in the *Redner's Market* Docket are all pending in the United States District Court for the Northern District of Illinois; (2) reassigning this case to the docket of the Honorable Jeffrey Cummings is likely to result in a substantial savings of time and effort; (3) this Action, like all actions already in the *Redner's Market* Dockt grow out of the same transaction, namely the alleged anticompetitive conduct; and (4) the classes alleged are identical to the classes alleged for other commercial and institutional indirect purchaser plaintiff class actions.

4. Plaintiffs in several of the Related Actions have already filed unopposed motions in this Court pursuant to Local Rule 40.4 seeking to reassign their actions to this Court as related to this first-filed case. *See, e.g.,* ECF Nos. 9, 11, 43, 49, 50, 115.

5. Plaintiffs have not, at this time, served any Defendant.

6. On February 13, 2025, this Court entered an order (ECF No. 60) generally providing for the consolidation of then-outstanding related cases and service of outstanding actions. Plaintiffs move for reassignment as related under the findings of that order.

7. Plaintiff has reached out to Defendants prior to filing, and Defendants have indicated that they do not oppose the reassignment of this Action to the Court.

Dated: April 21, 2025

Respectfully submitted,

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
(312) 984-0000
malmstrom@whafh.com

Thomas H. Burt
Kate McGuire
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LL**P
270 Madison Avenue New York, NY 10016 (212) 545-4600
burt@whafh.com
mcguire@whafh.com

Richard B. Brualdi
**THE BRUALDI LAW FIRM P.C.**
29 Broadway, Suite 2400
New York NY 10006
Tel.: 212-952-0602
rbrualdi@brualdilawfirm.com

Michele S. Carino
**GREENWICH LEGAL ASSOCIATES, LLC**
881 Lake Avenue
Greenwich, CT 06831
(203) 622.6001
mcarino@grwlegal.com