# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE FROZEN POTATO PRODUCTS ANTITRUST LITIGATION | No. 1:24-cv-11801 <br><br> Judge Jeffrey I. Cummings <br><br> Magistrate Judge Gabriel A. Fuentes |
| This document relates to: <br><br> *Indirect End-Payer Consumer Plaintiff Actions* | **ORDER FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL FOR CONSUMER IPP PLAINTIFFS AND THE PROPOSED CLASS** |

## ORDER GRANTING *MURO* PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL

The *Muro* Plaintiffs' Motion to Appoint Interim Co- Lead Counsel came before the Court on February 24, 2025. The *Muro* Plaintiffs moved the Court for an Order appointing Hagens Berman Sobol Shapiro LLP and Cohen Milstein Sellers & Toll, PLLC, as interim co-lead counsel ("Consumer IPP Class Counsel") for the proposed class of Indirect End-Payer Consumer Plaintiffs ("Consumer IPPs");

The Court has reviewed the motion and its accompanying submissions and has considered the factors outlined in Rules 23(g) of the Federal Rules of Civil Procedure and relevant case law.

As laid out more fully in the Court's August 20, 2025 order, ECF 167 at 7-9, the *Muro* Plaintiffs' submissions demonstrate that the proposed Consumer IPP Class Counsel satisfies the requirements of Rule 23(g). This includes:

1) the work counsel has done in identifying or investigating potential claims in the action;
2) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;
3) counsel's knowledge of the applicable law; and

4) the resources counsel will commit to representing the class; along with

5) other pertinent factors bearing on counsel's ability to fairly and adequately represent the interests of the class, including counsels' ability to work cooperatively with others and demonstration of commitment to diversity.

**BASED UPON THE FOREGOING AND ALL ASSOCIATED FILES AND RECORDS, IT IS HEREBY ORDERED:**

1) The *Muro* Plaintiffs' Motion to Appoint Interim Co-Lead Counsel is GRANTED.

2) Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court appoints the following as Interim Co-Lead Counsel for the Consumer IPPs: Hagens Berman Sobol Shapiro LLP and Cohen Milstein Sellers & Toll, PLLC (collectively "Consumer IPP Class Counsel").

3) Consumer IPP Class Counsel shall be responsible for the overall conduct of the litigation on behalf of all Consumer IPPs and the proposed class in the Consumer IPP actions, including providing supervision of all Plaintiffs' counsel in such Consumer IPP actions. Consumer IPP Class Counsel shall:

   a) Promote the efficient conduct of this litigation and avoid unnecessary duplication of efforts by delegating and supervising specific work assignments;

   b) Determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Consumer IPPs on all matters arising from pretrial proceedings;

   c) Coordinate the initiation and conduct of discovery on behalf of Consumer IPPs consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(b)(2), and 26(g), including the preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

   d) Conduct settlement negotiations on behalf of Consumer IPPs and any proposed Consumer IPP class, and enter into binding agreements on behalf of the Consumer IPP class to the extent authorized by law;

   e) Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

    f) Maintain adequate contemporaneous time and cost records and collect such information from co-counsel on a quarterly basis;

    g) Monitor the activities of co-counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

    h) Determine the amount of and collect assessments from counsel in the Consumer IPP actions for the purpose of paying the costs necessary to litigate the case;

    i) Prepare any application for attorneys' fees and reimbursement of expenses;

    j) Consult with and retain expert witnesses for the Consumer IPP actions;

    k) Negotiate with, retain, and manage relations with outside vendor(s) for the collection, processing, or review of documents and electronically stored information produced in discovery;

    l) To the extent consistent with their duties, and as appropriate, coordinate with counsel for any other plaintiff classes, so as to avoid duplication, inefficiency, and inconvenience to the Court, the parties, counsel, and witnesses;

    m) Make the allocation of any attorneys' fees and expenses awarded by the Court, if any; and;

    n) Otherwise coordinate the work of the Consumer IPPs and perform such other duties as Consumer IPP Class Counsel deem necessary and appropriate based upon their judgment and consideration or as authorized by further Order of the Court.

4) In no event shall any document be filed, or any discovery be served, on behalf of Consumer IPPs without the approval of Consumer IPP Class Counsel or leave of Court, and any such filing may be stricken.

5) Consumer IPP Class Counsel shall have sole authority to communicate with Defendants' counsel and the Court on behalf of any Consumer IPP, unless that authority is expressly delegated to another firm. Defendants' counsel may rely on all agreements made with Consumer IPP Class Counsel for Consumer IPPs, and such agreements shall be binding on all other Consumer IPPs.

6) Consumer IPP Class Counsel are designated as counsel for all Consumer IPP actions, upon whom all discovery, motions or other pleadings, notices, and correspondence shall be served, and Defendants shall serve papers on all Consumer IPP actions by serving the

Consumer IPP Class Counsel by electronic means in compliance with the Rules and Orders of this Court. Consumer IPP Class Counsel shall be jointly responsible for maintaining a master service list of all parties and their respective counsel.

**IT IS SO ORDERED.**

**Date: August 27, 2025.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HON.  JEFFREY I. CUMMINGS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE