**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE FROZEN POTATO PRODUCTS ANTITRUST LITIGATION | No. 1:24-cv-11801<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Gabriel A. Fuentes |

**PLAINTIFFS MARFLAYAA INC. AND MARPLAYAA INC.**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that plaintiffs Marflayaa Inc. and Marplayaa Inc. (d/b/a Windy City Wieners), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismiss all claims in this action against Defendants without prejudice. Defendants have not served an answer or motion for summary judgement in this action. Accordingly, dismissal without prejudice is appropriate. See Fed. R. Civ. P. 41(a)(1)(A) and (a)(1)(B). This notice applies only to the claims of Marflayaa Inc. and Marplayaa Inc. All rights and claims of all other Plaintiffs in this action remain pending and unaffected.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: October 10, 2025

   /s/ *Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for Marflayaa Inc. and Marplayaa Inc.*

1

## CERTIFICATE OF SERVICE

    The undersigned counsel of record hereby certifies that a true and correct copy of the forgoing Plaintiffs Marflayaa Inc. and Marplayaa Inc. Notice of Voluntary Dismissal Without Prejudice has been served to all parties via electronic filing on this 10th day of October 2025.

                                              */s/ Bruce D. Greenberg*
                                              Bruce D. Greenberg