# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Redner's Markets, Inc., et al.

                        Plaintiff,

v.                                       Case No.: 1:24–cv–11801
                                                          Honorable Jeffrey I Cummings

Lamb Weston Holdings, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiffs have filed their consolidated complaints. Pursuant to the Court's prior scheduling order [60], defendants shall answer or otherwise plead to the consolidated complaints on or before 12/5/25. Also pursuant to the scheduling order, the parties shall have a Rule 26(f) conference by 11/21/25. By 12/12/25, the parties shall file a joint status report regarding that conference that includes a proposed schedule for discovery or, if any party intends to seek a stay of discovery, a proposed schedule for briefing any forthcoming motion to stay. The motion for leave to appear pro hac vice of attorney Nicole Ruth Johnson [181] is granted. The 10/31/25 tracking status hearing is stricken and reset to 12/29/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.