**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE FROZEN POTATO PRODUCTS ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> *All Actions* | Civil Action No. 1:24-cv-11801 <br><br> Judge Jeffrey I. Cummings <br><br> Magistrate Judge Gabriel A. Fuentes |

**AGREED MOTION AND [*PROPOSED*] ORDER TO MODIFY PAGE LIMITS FOR
MOTION TO DISMISS BRIEFING**

All parties have conferred and agreed to a proposed briefing structure and modification of page limits for Defendants'[1] forthcoming motions to dismiss and Plaintiffs' responses. The parties hereby jointly move this Court to enter a stipulated order as set forth below.

WHEREAS, on October 6, 2025, Plaintiffs filed three Consolidated Complaints against Defendants on behalf of putative class actions of "Direct Purchaser Plaintiffs," "Commercial Indirect Plaintiffs," and "Consumer Indirect Purchaser Plaintiffs." ECF 182, 183, 184.

WHEREAS, Defendants' responses to Plaintiffs' Consolidated Complaints are due by December 5, 2025 (*see* ECF 217) and Defendants intend to move to dismiss the Consolidated Complaints in full.

WHEREAS, the parties previously agreed, and the Court has so ordered, that Plaintiffs shall then have 60 days to file opposition(s) to any motions to dismiss, and Defendants shall have

---

[1] Defendants are Cavendish Farms Ltd. and Cavendish Farms, Inc. ("Cavendish"); Lamb Weston Holdings, Inc., Lamb Weston, Inc., Lamb Weston BSW, LLC, Lamb Weston/Midwest, Inc., and Lamb Weston Sales, Inc. ("Lamb Weston"); McCain Foods Limited and McCain Foods USA, Inc. ("McCain"); J.R. Simplot Co. ("Simplot"); and (collectively, the "Defendant Processors"), as well as non-processor Circana, LLC ("Circana").

30 days to file replies. ECF 60 ¶ 13.

WHEREAS, in an effort to coordinate briefing and present issues efficiently to the Court, Defendants and Plaintiffs conferred and agreed to a briefing structure and modification of the page limits for the forthcoming briefing on Defendants' motions to dismiss.

NOW THEREFORE, the parties move the Court to order that:

1. All Defendants shall file a joint brief moving to dismiss all three Consolidated Complaints, not to exceed 40 pages, plus any relevant non-argumentative appendix with case and statutory citations related to state law claims asserted by the Commercial Indirect Purchaser Plaintiffs and Consumer Indirect Purchaser Plaintiffs.

2. All Plaintiffs shall file a joint opposition brief in response, not to exceed 45 pages, plus any relevant non-argumentative appendix with case and statutory citations related to state law claims asserted by the Commercial Indirect Plaintiffs and Consumer Indirect Purchaser Plaintiffs.

3. All Defendants shall file a joint reply brief, not to exceed 20 pages.

4. Defendant Circana may file a supplemental brief addressing individual issues in support of its motion to dismiss. Circana's supplemental brief shall not exceed 15 pages; Plaintiffs shall have a combined 15 pages for their opposition to Circana's brief; and Circana shall have 10 pages for its reply.

5. Defendant McCain Foods Limited may file a supplemental brief addressing individual issues in support of its motion to dismiss. McCain Foods Limited's supplemental brief shall not exceed 15 pages; Plaintiffs shall have a combined 15 pages for their opposition to McCain Foods Limited's brief; and McCain Foods Limited shall have 10 pages for its reply.

WHEREFORE, all parties respectfully request that the Court enter an order setting this briefing structure and page limitations.

**IT IS SO ORDERED** this _____ day of _____, 2025.

_____

HON. JEFFREY I. CUMMINGS
U.S. DISTRICT COURT JUDGE

Dated: December 3, 2025

Respectfully submitted,

*/s/ Heidi M. Silton*
Heidi M. Silton (MN #025759X)
Jessica N. Servais (MN #0326744)
Joseph C. Bourne (MN #0389922)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

Daniel E. Gustafson
Michelle J. Looby
Catherine K. Smith
Emily B. Egart
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
dgustafson@gustafsongluek.com
mlooby@gustafsongluek.com
csmith@gustafsongluek.com
eegart@gustafsongluek.com

Karin E. Garvey
Robin A. van der Meulen
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building

230 Park Avenue, 24th Floor
New York, NY 10169
T: (212) 223-6444
kgarvey@scott-scott.com
rvandermeulen@scott-scott.com


Michael L. Roberts
Karen Halbert
Erich P. Schork
Sarah DeLoach
Christopher Sanchez
Joshua Zuckerman
ROBERTS LAW FIRM US, PC
1920 McKinney Ave, Suite 700
Dallas, Texas 75201
T: (501) 821-5575
mikeroberts@robertslawfirm.us
karenhalbert@robertslawfirm.us
erichschork@robertslawfirm.us
sarahdeloach@robertslawfirm.us
chrissanchez@robertslawfirm.us
joshzuckerman@robertslawfirm.us

***Interim Co-Lead Counsel for the Direct Purchaser Plaintiff Class***

*/s/ Robert J. Gralewski Jr.*
Robert J. Gralewski, Jr.
Marko Radisavljevic
KIRBY McINERNEY LLP
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
T: (858) 834-2044
bgralewski@kmllp.com
mradisavljevic@kmllp.com

Kenneth A. Wexler
Justin N. Boley
WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
T: (312) 346-2222
kaw@wbe-llp.com
jnb@wbe-llp.com

*Plaintiffs' Steering Committee for the Direct Purchaser Plaintiff Class*

<u>/s/ Daniel L. Warshaw</u>
Daniel L. Warshaw
Bobby Pouya
Michael H. Pearson
Matthew A. Pearson (*Pro Hac Vice*)
Naveed Abaie (*Pro Hac Vice*)
PEARSON WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
dwarshaw@pwfirm.com
bpouya@pwfirm.com
mpearson@pwfirm.com
mapearson@pwfirm.com
nabaie@pwfirm.com

Douglas A. Millen
Robert J. Wozniak
Matthew W. Ruan
FREED KANNER LONDON
& MILLEN LLC
100 Tri-State International, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4500
dmillen@fklmlaw.com
rwozniak@fklmlaw.com
mruan@fklmlaw.com

Kimberly A. Justice
FREED KANNER LONDON
& MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Telephone: (484) 243-6335
kjustice@fklmlaw.com

Brian S. Pafundi (*Pro Hac Vice*)
PEARSON WARSHAW, LLP
328 Barry Ave. South, Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
bpafundi@pwfirm.com

*Interim Co-Lead Counsel for the Commercial Indirect Purchaser Class*

/s/ *Steven A. Hart*
Steven A. Hart
Julie A. Murphy
HART McLAUGHLIN & ELDRIDGE, LLC
One South Dearborn, Suite 1400
Chicago, Illinois 60603
Telephone: (312) 955-0545
shart@hmelegal.com
jmurphy@hmelegal.com

*Liaison Counsel for the Commercial Indirect Purchaser Class*

/s/ *Brent W. Johnson*
Brent W. Johnson (*pro hac vice*)
Alison Deich (*pro hac vice*)
Zachary R. Glubiak (*pro hac vice*)
Alex Bodaken (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave. NW
Suite 800, West Tower
Washington, DC 20005
Tel: (202) 408-4600
bjohnson@cohenmilstein.com
adeich@cohenmilstein.com
zglubiak@cohenmilstein.com
abodaken@cohenmilstein.com

Shana E. Scarlett (*pro hac vice*)
John M. Grant (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
shanas@hbsslaw.com
john.grant@hbsslaw.com

Breanna Van Engelen (*pro hac vice forthcoming*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
breannav@hbsslaw.com

*Counsel for Plaintiffs and the Proposed Classes*

*/s/ James F. Herbison*
James F. Herbison
Michael P. Mayer
Kevin B. Goldstein
Anthony J. Baker
WINSTON & STRAWN LLP
300 N. LaSalle Dr.
Suite 4400
Chicago, Illinois 60654
Telephone: (312) 558-5600
jherbison@winston.com
mmayer@winston.com
kbgoldstein@winston.com
ajbaker@winston.com

*Attorneys for Defendants Lamb Weston Holdings, Inc., Lamb Weston, Inc., Lamb Weston BSW, LLC, Lamb Weston/Midwest, Inc., and Lamb Weston Sales, Inc.*

*/s/ Zachary Fardon*
Zachary Fardon
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
zfardon@kslaw.com

*Attorneys for Defendant J.R. Simplot Co.*

*/s/ Gary Feinerman*
Gary Feinerman (ARDC No. 6206906)
Sean M. Berkowitz (ARDC No. 6209701)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com
sean.berkowitz@lw.com

Marguerite Sullivan
LATHAM & WATKINS LLP
555 11th Street NW #1000
Washington, DC 20004
Telephone: (202) 637-2200
marguerite.sullivan@lw.com

Brendan McShane
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
brendan.mcshane@lw.com

***Attorneys for Defendants Cavendish Farms Ltd. and Cavendish Farms, Inc.***

*/s/ Justin Bernick*
Justin Bernick
Holden Andrew Steinhauer
HOGAN LOVELLS US LLP
555 13th St NW
Washington, DC 20004
Telephone: (202) 637-5600
justin.bernick@hoganlovells.com
holden.steinhauer@hoganlovells.com

***Attorneys for Defendants McCain Foods Limited and McCain Foods USA, Inc.***

*/s/ Daniel E. Laytin*
Daniel E. Laytin, P.C.
Christa C. Cottrell, P.C.
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
daniel.laytin@kirkland.com
christa.cottrell@kirkland.com

Christine Shang
KIRKLAND & ELLIS LLP
609 Main Street
Suite 4500
Houston, TX 77002

Telephone: (713) 836-3431
christine.shang@kirkland.com

Norman Armstrong, Jr.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 389-5000
norman.armstrong@kirkland.com

Neil K. Gilman
Jonathan L. Lewis
Nicole Ruth Johnson
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Fax: (202) 778-2201
ngilman@hunton.com
lewisj@huntonak.com
njohnson@hunton.com

*Attorneys for Defendant Circana, LLC*