# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Redner's Markets, Inc., et al.

                    Plaintiff,

v.                                          Case No.: 1:24−cv−11801
                                                      Honorable Jeffrey I Cummings

Lamb Weston Holdings, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 5, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The parties' agreed motion to modify page limits for motion to dismiss briefing [225] is granted as set forth in the accompanying order. Enter Order. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.