# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE FROZEN POTATO PRODUCTS ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> *All Actions* | Civil Action No. 1:24-cv-11801 <br><br> Judge Jeffrey I. Cummings <br><br> Magistrate Judge Gabriel A. Fuentes |

## AGREED ORDER TO MODIFY PAGE LIMITS FOR MOTION TO DISMISS BRIEFING

All parties have conferred and agreed to a proposed briefing structure and modification of page limits for Defendants'[1] forthcoming motions to dismiss and Plaintiffs' responses. The parties hereby jointly move this Court to enter a stipulated order as set forth below.

WHEREAS, on October 6, 2025, Plaintiffs filed three Consolidated Complaints against Defendants on behalf of putative class actions of "Direct Purchaser Plaintiffs," "Commercial Indirect Plaintiffs," and "Consumer Indirect Purchaser Plaintiffs." ECF 182, 183, 184.

WHEREAS, Defendants' responses to Plaintiffs' Consolidated Complaints are due by December 5, 2025 (*see* ECF 217) and Defendants intend to move to dismiss the Consolidated Complaints in full.

WHEREAS, the parties previously agreed, and the Court has so ordered, that Plaintiffs shall then have 60 days to file opposition(s) to any motions to dismiss, and Defendants shall have

---

[1] Defendants are Cavendish Farms Ltd. and Cavendish Farms, Inc. ("Cavendish"); Lamb Weston Holdings, Inc., Lamb Weston, Inc., Lamb Weston BSW, LLC, Lamb Weston/Midwest, Inc., and Lamb Weston Sales, Inc. ("Lamb Weston"); McCain Foods Limited and McCain Foods USA, Inc. ("McCain"); J.R. Simplot Co. ("Simplot"); and (collectively, the "Defendant Processors"), as well as non-processor Circana, LLC ("Circana").

30 days to file replies. ECF 60 ¶ 13.

WHEREAS, in an effort to coordinate briefing and present issues efficiently to the Court, Defendants and Plaintiffs conferred and agreed to a briefing structure and modification of the page limits for the forthcoming briefing on Defendants' motions to dismiss.

NOW THEREFORE, the parties move the Court to order that:

1. All Defendants shall file a joint brief moving to dismiss all three Consolidated Complaints, not to exceed 40 pages, plus any relevant non-argumentative appendix with case and statutory citations related to state law claims asserted by the Commercial Indirect Purchaser Plaintiffs and Consumer Indirect Purchaser Plaintiffs.

2. All Plaintiffs shall file a joint opposition brief in response, not to exceed 45 pages, plus any relevant non-argumentative appendix with case and statutory citations related to state law claims asserted by the Commercial Indirect Plaintiffs and Consumer Indirect Purchaser Plaintiffs.

3. All Defendants shall file a joint reply brief, not to exceed 20 pages.

4. Defendant Circana may file a supplemental brief addressing individual issues in support of its motion to dismiss. Circana's supplemental brief shall not exceed 15 pages; Plaintiffs shall have a combined 15 pages for their opposition to Circana's brief; and Circana shall have 10 pages for its reply.

5. Defendant McCain Foods Limited may file a supplemental brief addressing individual issues in support of its motion to dismiss. McCain Foods Limited's supplemental brief shall not exceed 15 pages; Plaintiffs shall have a combined 15 pages for their opposition to McCain Foods Limited's brief; and McCain Foods Limited shall have 10 pages for its reply.

WHEREFORE, all parties respectfully request that the Court enter an order setting this briefing structure and page limitations.

**IT IS SO ORDERED** this 5th day of December, 2025.

_____
HON. JEFFREY I. CUMMINGS
U.S. DISTRICT COURT JUDGE