# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re Frozen Potato Products Antitrust Litigation* | Case No. 1:24-cv-11801 |
| THIS DOCUMENT RELATES TO: | Hon. Jeffrey L. Cummings |
| | Magistrate Judge Gabriel A. Fuentes |
| All Actions | **Oral Argument Requested** |

## DEFENDANT CIRCANA LLC'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINTS

**PLEASE TAKE NOTICE** that, Defendant Circana LLC, by and through its undersigned counsel of record, hereby moves this Court for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Commercial Indirect Plaintiffs' Complaint (Dkt. No. 182), the Direct Purchaser Plaintiffs' Complaint (Dkt. No. 183), and the Consumer Indirect Purchaser Plaintiffs' Complaint (Dkt. No. 184) (the "Complaints"). The basis for this Motion and support therefore is provided in the accompanying Memorandum of Law in Support of Defendant Circana LLC's Motion to Dismiss.

| | |
|---|---|
| Dated: Chicago, Illinois<br>December 5, 2025 | Respectfully submitted,<br><br>*/s/ Christa C. Cottrell*<br>Daniel E. Laytin, P.C.<br>Christa C. Cottrell, P.C.<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>Telephone: +1 312 862 2000<br>Facsimile: +1 312 862 2200<br>daniel.laytin@kirkland.com<br>christa.cottrell@kirkland.com<br><br>Christine Shang<br>KIRKLAND & ELLIS LLP<br>609 Main Street<br>Houston, TX 77002<br>Telephone: +1 713 836 3600<br>Facsimile: +1 713 836 3601<br>christine.shang@kirkland.com<br><br>Neil K. Gilman<br>Jonathan L. Lewis<br>Nicole R. Johnson<br>HUNTON ANDREWS KURTH LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, D.C. 20037<br>Telephone: +1 202 955 1500<br>Facsimile: +1 202 778 2201<br>ngilman@hunton.com<br>lewisj@huntonak.com<br>njohnson@hunton.com<br><br>*Attorneys for Defendant Circana LLC* |