**Appendix A: Grounds to Dismiss State Law Claims**

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>**Fails With Sherman Act Claim** | Column 2<br><br>**Requires "Something More" than Repackaged Antitrust Claim** | Column 3<br><br>**Lack of Article III Standing** | Column 4<br><br>**Failure to Allege Intrastate Conduct** | Column 5<br><br>**Other Reasons** |
| 3 | 3 | **Alabama Antitrust Act** Ala. Code §§ 6-5-60, et seq. | *Vandenberg v. Aramark Educ. Servs., Inc.*, 81 So. 3d 326, 333 (Ala. 2011) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | *Abbott Lab'ys v. Durrett*, 746 So. 2d 316, 339–40 (Ala. 1999) (per curiam); *In re Dealer Mgmt. Sys. Antitrust Litig.*, 362 F. Supp. 3d 510, 550 (N.D. Ill. 2019) | |
| 4 | 4 | **Arizona Uniform State Antitrust Act** Ariz. Rev. Stat. Ann. §§ 44-1401, et seq. | Ariz. Rev. Stat. Ann. § 44-1412; *Aerotec Int'l, Inc. v. Honeywell Int'l, Inc.*, 4 F. Supp. 3d 1123, 1144 (D. Ariz. 2014), *aff'd*, 836 F.3d 1171 (9th Cir. 2016) | | | | |
| 5 | 5 | **Arkansas Deceptive Trade Practices Act** Ark. Code Ann. §§ 4-88-101, et seq.<br><br>*(Consumer Protection)* | | **Failure to Allege Deception or Unconscionability** Ark. Code Ann. § 4-88-107(a); *In re Graphics Processing Units Antitrust Litig.*, 527 F. Supp. 2d 1011, 1029–30 (N.D. Cal. 2007) | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | **Class Actions Prohibited** Ark. Code Ann. § 4-88-113(f)(1)(B) |

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>Fails With Sherman Act Claim | Column 2<br>Requires "Something More" than Repackaged Antitrust Claim | Column 3<br>Lack of Article III Standing | Column 4<br>Failure to Allege Intrastate Conduct | Column 5<br><br>Other Reasons |
| 6 | 6 | **California Cartwright Act** Cal. Bus. & Prof. Code § 16700, et seq.<br><br>*(Antitrust)* | *name.space, Inc. v. Internet Corp. for Assigned Names and Nos.*, 795 F.3d 1124, 1131 n.5 (9th Cir. 2015); *Cnty. of Tuolumne v. Sonora Cmty. Hosp.*, 236 F.3d 1148, 1160 (9th Cir. 2001) | | | | |
| 7 | 7 | **California Unfair Competition Law** Cal. Bus. & Prof. Code § 17200, et seq.<br><br>*(Consumer Protection)* | *Hicks v. PGA Tour, Inc.*, 165 F. Supp. 3d 898, 911 (N.D. Cal. 2016), *aff'd in part, vacated in part on other grounds*, 897 F.3d 1109 (9th Cir. 2018) | **Failure to Allege Fraud or Reliance** *Key v. Qualcomm Inc.*, 129 F.4th 1129, 1141 (9th Cir. 2025) (fraud claim requires reliance) | | | |
| 8 | 8 | **Colorado Antitrust Act** Colo. Rev. Stat. §§ 6-4-101, et seq. | *Ass'n of Surgical Assistants v. Nat'l Bd. of Surgical Tech. & Surgical Assisting*, 127 F.4th 178, 189 n.11 (10th Cir. 2025) | | | | **Bars Indirect Purchaser Claims for Damages Prior to June 7, 2023** Colo. Rev. Stat. § 6-4-115(1) |

| Count | Count | State Law | Grounds for Dismissal | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Commercial Indirect Compl. | Consumer Indirect Compl. | | Column 1<br><br>**Fails With Sherman Act Claim** | Column 2<br>**Requires "Something More" than Repackaged Antitrust Claim** | Column 3<br><br>**Lack of Article III Standing** | Column 4<br><br>**Failure to Allege Intrastate Conduct** | Column 5<br><br>**Other Reasons** |
| 9 | N/A | **Colorado Consumer Protection Act** Colo. Rev. Stat. §§ 6-1-101, et seq. | | **Failure to Allege Deception** *In re Crop Prot. Prods. Loyalty Program Antitrust Litig.*, 779 F. Supp. 3d 624, 658 (M.D.N.C. 2025) | | | |
| 10 | 9 | **Connecticut Antitrust Act** Conn. Gen. Stat. §§ 35-24, et seq. | Conn. Gen. Stat. § 35-44b; *MacDermid Printing Sols. LLC v. Cortron Corp.*, 833 F.3d 172, 181 (2d Cir. 2016) | | | | |
| 11 | 10 | **District of Columbia Antitrust Act** D.C. Code §§ 28-4501, et seq. | D.C. Code § 28-4515; *District of Columbia v. Amazon.com, Inc.*, 320 A.3d 1073, 1079–80 (D.C. 2024) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | D.C. Code § 28-4502; *Sun Dun, Inc. of Wash. v. Coca-Cola Co.*, 740 F. Supp. 381, 397 (D. Md. 1990); *In re Cast Iron Soil Pipe & Fittings Antitrust Litig.*, No. 1:14-md-2508, 2015 WL 5166014, at *26 (E.D. Tenn. June 24, 2015) | |

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>Fails With Sherman Act Claim | Column 2<br>Requires "Something More" than Repackaged Antitrust Claim | Column 3<br><br>Lack of Article III Standing | Column 4<br><br>Failure to Allege Intrastate Conduct | Column 5<br><br>Other Reasons |
| 12 | N/A | **District of Columbia Consumer Protection Act** D.C. Code §§ 28-3901, et seq. | | **Failure to Allege Misrepresentation and Reliance, or Unconscionability** D.C. Code § 28-3904; *Search v. Uber Techs., Inc.*, 128 F. Supp. 3d 222, 236 (D.D.C. 2015) | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | **No Right of Action for Commercial Resellers** D.C. Code § 28-3905(k)(l)(A); *Ford v. Chartone, Inc.*, 908 A.2d 72, 81 (D.C. 2006) |
| 13 | 11 | **Florida Deceptive and Unfair Trade Practices Act** Fla. Stat. §§ 501.201, et seq.<br><br>*(Consumer Protection)* | *QSGI, Inc. v. IBM Glob. Fin.*, No. 11-CV-80880, 2012 WL 1150402, at *4 (S.D. Fla. Mar. 14, 2012) | **Failure to Allege Deception or Fraud** *In re Refrigerant Compressors Antitrust Litig.*, No. 2:09-md-02042, 2013 WL 1431756, at *20–21 (E.D. Mich. Apr. 9, 2013); *QSGI, Inc. v. IBM Glob. Fin.*, No. 11-80880-CIV, 2012 WL 1150402, at *4 (S.D. Fla. Mar. 14, 2012) | | | **Bars Indirect Purchaser Claims for Damages** *In re Visa Debit Card Antitrust Litig.*, No. 24-cv-7435, 2025 WL 3019893, at *11 (S.D.N.Y. Oct. 28, 2025) |

4

| Count<br>Commercial Indirect Compl. | Count<br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br>**Fails With Sherman Act Claim** | Column 2<br>**Requires "Something More" than Repackaged Antitrust Claim** | Column 3<br>**Lack of Article III Standing** | Column 4<br>**Failure to Allege Intrastate Conduct** | Column 5<br>**Other Reasons** |
| 14 | 12 | **Hawaii Antitrust Law** Haw. Rev. Stat. Ann. §§ 480-1, et seq | Haw. Rev. Stat. § 480-3; *Goran Pleho, LLC v. Lacy*, 439 P.3d 176, 198 (Haw. 2019) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |
| 15 | 13 | **Illinois Antitrust Act** 740 Ill. Comp. Stat. §§ 10/1, et seq. | 740 Ill. Comp. Stat. § 10/11; *Motor Vehicle Software Corp. v. CDK Glob., Inc.*, No. 17-cv-00896, 2017 WL 5643163, at* 7 (C.D. Cal. Oct. 2, 2017) | | | | **Class Actions Prohibited** 740 Ill. Comp. Stat. § 10/7(2); *In re Opana ER Antitrust Litig.*, 162 F. Supp. 3d 704, 723 (N.D. Ill. 2016) |
| 16 | N/A | **Illinois Consumer Fraud and Deceptive Business Practices Act** 815 Ill. Comp. Stat. Ann. §§ 505/1, et seq. | | **Failure to Allege Fraud** *Gaebler v. N.M. Potash Corp.*, 676 N.E.2d 228, 229–30 (Ill. App. Ct. 1996) | | | **Class Actions Prohibited** *In re Flonase Antitrust Litig.*, 692 F. Supp. 2d 524, 539 (E.D. Pa. 2010) |
| 17 | 14 | **Iowa Competition Law** Iowa Code §§ 553.1, et seq. | Iowa Code § 553.2; *Mueller v. Wellmark, Inc.*, 861 N.W.2d 563, 567 (Iowa 2015) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>Fails With Sherman Act Claim | Column 2<br>Requires "Something More" than Repackaged Antitrust Claim | Column 3<br>Lack of Article III Standing | Column 4<br>Failure to Allege Intrastate Conduct | Column 5<br><br>Other Reasons |
| 18 | 15 | **Kansas Restraint of Trade Act** Kan. Stat. Ann. §§ 50-101, et seq.<br><br>*(Antitrust)* | Kan. Stat. Ann. 50-163(b); *Smith v. Philip Morris Cos., Inc.*, 335 P.3d 644, 652 (Kan. Ct. App. 2014) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |
| 19 | 16 | **Maine Antitrust Statute** Me. Stat. Tit. 10 §§ 1101, et seq. | *Davric Me. Corp. v. Rancourt*, 216 F.3d 143, 149 (1st Cir. 2000) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |
| 20 | 17 | **Maryland Antitrust Act** Md. Code Com. Law §§ 11-204, et seq. | Md. Code Com. Law § 11-202(a)(2); *Krause Marine Towing Corp. v. Ass'n of Md. Pilots*, 44 A.3d 1043, 1053 (Md. Ct. Spec. App. 2012) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | Md. Code Com. Law § 11-202(a)(1), 204; *California v. Infineon Techs. AG*, 531 F. Supp. 2d 1124, 1156–57 (N.D. Cal. 2007) | |
| 21 | 18 | **Massachusetts Consumer Protection Law** Mass. Gen. Laws Ch. 93A §§ 1, et seq.<br><br>*(Consumer Protection)* | Mass. Gen. Laws Ch. 93, § 1; *id.* at 93A, § 11; *Winters v. Ocean Spray Cranberries, Inc.*, 296 F. Supp. 3d 311, 324–25 (D. Mass. 2017) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | **Failure to Notify Defendants** Mass. Gen. Laws Ch. 93A §9(3); *Rodi v. S. New England Sch. of L.*, 389 F.3d 5, 19 (1st Cir. 2004) |

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>Fails With Sherman Act Claim | Column 2<br>Requires "Something More" than Repackaged Antitrust Claim | Column 3<br>Lack of Article III Standing | Column 4<br>Failure to Allege Intrastate Conduct | Column 5<br><br>Other Reasons |
| 22 | 19 | **Michigan Antitrust Reform Act** Mich. Comp. Laws §§ 445.771, et seq. | Mich. Comp. Laws § 445.784(2); *Innovation Ventures v. Liquid Mfg.*, 885 N.W.2d 861, 874 (Mich. 2016) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |
| 23 | N/A | **Michigan Consumer Protection Act** Mich. Comp. Laws §§ 445.903, et seq. | | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | **No Right of Action for Commercial Resellers** Mich. Comp. Laws § 445.902(1)(g)<br><br>**Does Not Apply To Price Fixing** *In re Cast Iron Soil Pipe & Fittings Antitrust Litig.*, No. 1:14-md-2508, 2015 WL 5166014 at *29 (E.D. Tenn. June 24, 2015) |
| 24 | 20 | **Minnesota Antitrust Law** Minn. Stat. §§ 325d.49, et seq. | *Lorix v. Crompton Corp.,* 736 N.W.2d 619, 626 (Minn. 2007) | | | | |

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>**Fails With Sherman Act Claim** | Column 2<br>**Requires "Something More" than Repackaged Antitrust Claim** | Column 3<br>**Lack of Article III Standing** | Column 4<br><br>**Failure to Allege Intrastate Conduct** | Column 5<br><br>**Other Reasons** |
| 25 | N/A | **Minnesota Deceptive Trade Practices Act** Minn. Stat. §§ 325d.43, et seq.<br><br>*(Consumer Protection)* | | **Failure to Allege Deception or Misrepresentation** *In re New Motor Vehicles Canadian Exp. Antitrust Litig.*, 350 F. Supp. 2d 160, 190 (D. Me. 2004) | | | **Does Not Apply To Price Fixing** Minn. Stat. § 325D.44; *In re Lidoderm Antitrust Litig.*, 103 F. Supp. 3d 1155, 1169–70 (N.D. Cal. 2015) |
| 26 | 21 | **Mississippi Antitrust Law** Miss. Code Ann. §§ 75-21-1, et seq. | *Futurevision Cable Sys. of Wiggins, Inc. v. Multivision Cable TV Corp.*, 789 F. Supp. 760, 780 (S.D. Miss. 1992) | | | *California v. Infineon Techs. AG*, 531 F. Supp. 2d 1124, 1157–58 (N.D. Cal. 2007); (citing *Standard Oil Co. of Ky. v. State ex rel. Att'y Gen.*, 65 So. 468 (Miss. 1914)) | |

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>Fails With Sherman Act Claim | Column 2<br>Requires "Something More" than Repackaged Antitrust Claim | Column 3<br><br>Lack of Article III Standing | Column 4<br><br>Failure to Allege Intrastate Conduct | Column 5<br><br>Other Reasons |
| 27 | 22 | **Montana Consumer Protection Act** Mont. Code, §§ 30-14-101, et seq. | | | Both sets of Indirect Pls. lack standing. *See* § III.B.5 | | **Class Actions Prohibited** Mont. Code Ann. § 30-14-133(1)(a)<br><br>**Bars Indirect Purchaser Claims for Damages** *Mia. Prods. & Chem. Co. v. Olin Corp.*, 546 F. Supp. 3d 223, 246 (W.D.N.Y. 2021) |
| 28 | 23 | **Nebraska Junkin Act** Neb. Rev. Stat. §§ 59-801, et seq.<br><br>*(Criminal Antitrust)* | Neb. Rev. Stat. § 59-829; *Salem Grain Co. v. Consol. Grain & Barge Co.,* 900 N.W.2d 909, 922 (Neb. 2017) | | Both sets of Indirect Pls. lack standing. *See* § III.B.5 | | |
| 29 | N/A | **Nebraska Deceptive Trade Practices Act** Neb. Rev. Stat. §§ 59-1601, et seq.<br><br>*(Civil Antitrust and Consumer Protection)* | *Salem Grain Co. v. Consol. Grain & Barge Co.,* 900 N.W.2d 909, 922 (Neb. 2017) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>Fails With Sherman Act Claim | Column 2<br>Requires "Something More" than Repackaged Antitrust Claim | Column 3<br>Lack of Article III Standing | Column 4<br>Failure to Allege Intrastate Conduct | Column 5<br><br>Other Reasons |
| 30 | 24 | **Nevada Unfair Trade Practices Act** Nev. Rev. Stat. §§ 598A, et seq.<br><br>*(Antitrust)* | Nev. Rev. Stat. § 598A.050; *Nev. Recycling & Salvage, Ltd. v. Reno Disposal Co.*, 423 P.3d 605, 607 (Nev. 2018) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |
| 31 | N/A | **Nevada Deceptive Trade Practices Act** Nev. Rev. Stat. §§ 598.0903, et seq.<br><br>*(Consumer Protection)* | | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |
| 32 | 25 | **New Hampshire Antitrust Law** N.H. Rev. Stat. §§ 356:1, et seq. | N.H. Rev. Stat. § 362:14; *Minuteman, LLC v. Microsoft Corp.*, 795 A.2d 833, 836 (N.H. 2002) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |
| 33 | N/A | **New Hampshire Consumer Protection Act** N.H. Rev. Stat. §§ 358-A:1, et seq. | | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |

| Count | Count | | Grounds for Dismissal | | | | |
| | | State Law | Column 1<br><br>**Fails With Sherman Act Claim** | Column 2<br>**Requires "Something More" than Repackaged Antitrust Claim** | Column 3<br>**Lack of Article III Standing** | Column 4<br>**Failure to Allege Intrastate Conduct** | Column 5<br><br>**Other Reasons** |
| Commercial Indirect Compl. | Consumer Indirect Compl. | | | | | | |
|---|---|---|---|---|---|---|---|
| 34 | 26 | **New Jersey Antitrust Act** N.J. Stat. Ann. §§ 56-9-3, et seq. | N.J. Stat. Ann. § 56:9-18; *State v. Lawn King, Inc.*, 417 A.2d 1025, 1032 (N.J. 1980); *Sickles v. Cabot Corp.*, 877 A.2d 267, 270–71 (App. Div. 2005) | | Consumer Indirect Pls. lack standing. *See* § III.B.5 | | **Bars Indirect Purchaser Claims for Damages Prior to August 5, 2022** N.J. Stat. Ann. § 56:9-12(a) |
| 35 | N/A | **New Jersey Consumer Fraud Act** N.J. Stat. Ann. §§ 56-8-2, et seq. | | **Failure to Allege Deception or Fraud** *Sickles v. Cabot Corp.*, 877 A.2d 267, 277 (App. Div. 2005) | | | |
| 36 | 27 | **New Mexico Antitrust Law** N.M. Stat. Ann. §§ 57-1-1, et seq. | N.M. Stat. Ann. §57-1-15; *Romero v. Philip Morris Inc.*, 242 P.3d 280, 291 (N.M. 2010) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>**Fails With Sherman Act Claim** | Column 2<br><br>**Requires "Something More" than Repackaged Antitrust Claim** | Column 3<br><br>**Lack of Article III Standing** | Column 4<br><br>**Failure to Allege Intrastate Conduct** | Column 5<br><br>**Other Reasons** |
| 37 | N/A | **New Mexico Unfair Practices Act** N.M. Stat. Ann. §§ 57-12-1, et seq.<br><br>*(Consumer Protection)* | | **Failure to Allege Unconscionability or Deception** N.M. Stat. Ann. § 57-12-2(D); *In re Graphics Processing Units Antitrust Litig.*, 527 F. Supp. 2d 1011, 1029–30 (N.D. Cal. 2007) | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |
| 38 | 28 | **New York Donnelly Act** N.Y. Gen. Bus. Law §§ 340, et seq.<br><br>*(Antitrust)* | *People v. Rattenni*, 613 N.E.2d 155, 158 (N.Y. 1993); *In re Namenda Indirect Purchaser Antitrust Litig.*, 338 F.R.D. 527, 572 (S.D.N.Y. 2021) | | | | |
| 39 | 29 | **North Carolina Unfair Trade and Business Practices Act** N.C. Gen. Stat. §§ 75-1, et seq.<br><br>*(Antitrust and Consumer Protection)* | *Hyde v. Abbott Labs., Inc.*, 473 S.E.2d 680, 684 (N.C. Ct. App. 1996) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |

| Count | Count | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| Commercial Indirect Compl. | Consumer Indirect Compl. | | Column 1 Fails With Sherman Act Claim | Column 2 Requires "Something More" than Repackaged Antitrust Claim | Column 3 Lack of Article III Standing | Column 4 Failure to Allege Intrastate Conduct | Column 5 Other Reasons |
| N/A | 30 | **North Dakota Uniform State Antitrust Act** N.D. Cent. Code §§ 51-08.1-01, et seq. | *In re Elec. Books Antitrust Litig.*, No. 11-md-02293, 2014 WL 2535112, at *15 (S.D.N.Y. June 5, 2014); *Ag Acceptance Corp. v. Glinz*, 684 N.W.2d 632, 639 (N.D. 2004) | | Both sets of Indirect Pls. lack standing. *See* § III.B.5 | | |
| 40 | N/A | **North Dakota Unfair Trade Practices Law** N.D. Cent. Code §§ 51-10, et seq. *(Consumer Protection)* | | **Failure to Allege Unconscionability, Deception, or Fraud** N.D. Cent. Code § 51-15-02 | Both sets of Indirect Pls. lack standing. *See* § III.B.5 | | |
| 41 | 31 | **Oregon Antitrust Law** Or. Rev. Stat. §§ 646.705, et eq. | Or. Rev. Stat. § 646.715(2); *Or. Laborers-Emps. Health & Welfare Tr. Fund v. Philip Morris Inc.*, 185 F.3d 957, 963 n.4 (9th Cir. 1999) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |

13

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>Fails With Sherman Act Claim | Column 2<br>Requires "Something More" than Repackaged Antitrust Claim | Column 3<br><br>Lack of Article III Standing | Column 4<br><br>Failure to Allege Intrastate Conduct | Column 5<br><br>Other Reasons |
| 42 | N/A | **Oregon Unlawful Trade Practices Act**<br>Or. Rev. Stat. §§ 646.605, et seq.<br><br>*(Consumer Protection)* | | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | **No Right of Action for Commercial Resellers**<br>*Ave. Lofts Condos Owners' Ass'n v. Victaulic Co.*, 24 F. Supp. 3d 1010, 1015 (D. Or. 2014)<br><br>**Does Not Apply To Price Fixing**<br>Or. Rev. Stat. § 646.608; *In re Graphics Processing Units Antitrust Litig.*, 527 F. Supp. 2d 1011, 1030 (N.D. Cal. 2007) |
| 43 | 32 | **Puerto Rico Antitrust Act**<br>Pr. Laws Ann. Tit. 10, Ch. 13, §§ 257, et seq. | *Podiatrist Ass'n v. La Cruz Azul de P.R., Inc.*, 332 F.3d 6, 16 (1st Cir. 2003) | | Both sets of Indirect Pls. lack standing. *See* § III.B.5 | | |
| 44 | 33 | **Rhode Island Antitrust Law**<br>R.I. Gen. Laws §§ 6-36-1, et seq. | 6 R.I. Gen. Laws § 6-36-2(b); *ERI Max Ent., Inc. v. Streisand*, 690 A.2d 1351, 1353 n.1 (R.I. 1997) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |

| Count Commercial Indirect Compl. | Count Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1 Fails With Sherman Act Claim | Column 2 Requires "Something More" than Repackaged Antitrust Claim | Column 3 Lack of Article III Standing | Column 4 Failure to Allege Intrastate Conduct | Column 5 Other Reasons |
| 45 | N/A | **Rhode Island Unfair Trade Practices and Consumer Protection Act** R.I. Gen. Laws §§ 6-13.1-1, et seq. | | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | **No Right of Action for Commercial Resellers** R.I. Gen. Laws § 6-13.1-5.2 **Does Not Apply To Price Fixing** *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, 516 F. Supp. 2d 1072, 1116 (N.D. Cal. 2007) |
| 46 | 34 | **South Dakota Antitrust Law** S.D. Cod. Laws §§ 37-1-3.1, et seq. | S.D. Codified Laws § 37-1-22; *Byre v. City of Chamberlain*, 362 N.W.2d 69, 74 (S.D. 1985); *In re Pre-Filled Propane Tank Antitrust Litig.*, No. 14-02567-MD, 2019 WL 4796528, at *12 (W.D. Mo. Aug. 21, 2019) | | Both sets of Indirect Pls. lack standing. *See* § III.B.5 | S.D. Codified Laws § 37-1-3.1; *In re Cast Iron Soil Pipe & Fittings Antitrust Litig.*, No. 1:14-md-2508, 2015 WL 5166014, at *26 (E.D. Tenn. June 24, 2015) | |

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>**Fails With Sherman Act Claim** | Column 2<br><br>**Requires "Something More" than Repackaged Antitrust Claim** | Column 3<br><br>**Lack of Article III Standing** | Column 4<br><br>**Failure to Allege Intrastate Conduct** | Column 5<br><br>**Other Reasons** |
| 47 | N/A | **South Dakota Deceptive Trade Practices and Consumer Protection Act** S.D. Cod. Laws §§ 37-24-1, et seq. | | **Failure to Allege Deception** S.D. Codified Laws § 37-24-6; *In re Crop Prot. Prods. Loyalty Program Antitrust Litig.*, 779 F. Supp. 3d 624, 659 (M.D.N.C. 2025) | Both sets of Indirect Pls. lack standing. *See* § III.B.5 | | **Does Not Apply To Price Fixing** S.D. Codified Laws § 37-24-7 |
| 48 | 35 | **Tennessee Trade Practices Act** Tenn. Code Ann. §§ 47-25-101, et seq.<br><br>*(Antitrust)* | *Bailey's, Inc. v. Windsor Am., Inc.*, 948 F.2d 1018, 1032 (6th Cir. 1991) | | | *Freeman Indus., LLC v. Eastman Chem. Co.*, 172 S.W.3d 512, 523 (Tenn. 2005) | **Class Actions Prohibited** Tenn. Code Ann. § 47-25-106(c) |
| 49 | 36 | **Utah Antitrust Act** Utah Code Ann. §§ 76-16-501, et seq. | Utah Code Ann. § 76-16-502(2); *Am. Airlines v. Christensen*, 967 F.2d 410, 414 (10th Cir. 1992) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | |

16

| Count<br><br>Commercial Indirect Compl. | Count<br><br>Consumer Indirect Compl. | State Law | Grounds for Dismissal | | | | |
|---|---|---|---|---|---|---|---|
| | | | Column 1<br><br>Fails With Sherman Act Claim | Column 2<br><br>Requires "Something More" than Repackaged Antitrust Claim | Column 3<br><br>Lack of Article III Standing | Column 4<br><br>Failure to Allege Intrastate Conduct | Column 5<br><br>Other Reasons |
| 50 | 37 | **Vermont Consumer Fraud Act** Vt. Stat. Ann. tit. 9 §§ 2451, et seq.<br><br>*(Antitrust and Consumer Protection)* | Vt. Stat. Ann. tit. 9, § 2453(b); *Green v. Springfield Med. Care Sys., Inc.*, No. 5:13-cv-168, 2014 WL 2875850, at *14 n.8 (D. Vt. June 24, 2014) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | | **No Right of Action for Commercial Resellers** Vt. Stat. Ann. tit. 9, § 2451a(1); *RSD Leasing, Inc. v. Navistar Int'l Corp.*, 319 A.3d 734, 737–38 (Vt. 2024) |
| 51 | 38 | **West Virginia Antitrust Act** W. Va. Code §§ 47-18-1, et seq. | W. Va. Code § 47-18-16; *Kessel v. Monongalia Cnty. Gen. Hosp. Co.*, 648 S.E.2d 366, 379–81 (W. Va. 2007) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | W. Va. Code §47-18-3(a); *Anziulewicz v. Bluefield Cmty. Hosp., Inc.*, 531 F. Supp. 49, 53 (S.D.W. Va. 1981) | |
| 52 | 39 | **Wisconsin Antitrust Act** Wis. Stat. §§ 133.01, et seq. | *Eichenseer v. Madison-Dane Cnty. Tavern League, Inc.*, 748 N.W.2d 154, 174 (Wis. 2008); *In re Elec. Books Antitrust Litig.*, No. 11-md-02293, 2014 WL 2535112, at *18 (S.D.N.Y. June 5, 2014) | | Commercial Indirect Pls. lack standing. *See* § III.B.5 | *Olstad v. Microsoft Corp.*, 700 N.W.2d 139, 158 (Wis. 2005); *In re Dealer Mgmt. Sys. Antitrust Litig.*, 362 F. Supp. 3d 510, 549 (N.D. Ill. 2019) | |